A93A1400. DEPENDABLE COURIER SERVICE, INC. v. DINKINS.
(448 SE2d 89)

PER CURIAM.

In *Dinkins v. Dependable Courier Svc.,* 264 Ga. 359 (444 SE2d 322) (1994), the Supreme Court reversed this court's decision in *Dependable Courier Svc. v. Dinkins,* 210 Ga. App. 665 (436 SE2d 719) (1993). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Beasley, P. J., Smith, J., and Senior Appellate Judge Harold R. Banke concur.*

DECIDED AUGUST 2, 1994.

*Dermer & Black, Richard W. Brown,* for appellant.
*Simmons & Toliver, Joseph H. King, Jr.,* for appellee.